# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois, Eastern Division

| | | | |
|---|---|---|---|
| In re | Richard A. Levin | Case number: | 10-54311 |
| | Debtor | | Chapter 13 |

# Amended Response to Notice of Final Cure Payment

| | | | |
|---|---|---|---|
| **Name of creditor:** | Wells Fargo Bank, N.A. | **Last four digits** of any number you use to identify the debtor's account: | ######3754 |
| **Uniform Claim Identifier:** | n/a | **Court Claim No. (if known):** | 12 |

## Part 1: Status of Payments on Claim and Post-Petition Payments

In response to the Trustee's Notice of Final Cure Payment, Creditor states that:

**Section A: Status of Claim Amounts (Choose ONE in Section A)**

**X** As of 10/13/14, Debtor(s) has paid in full the amount required to cure the default on the Creditor's claim.

☐ As of _____, Debtor(s) has **not** paid in full the amount required to cure the default on the Creditor's claim.

  ☐ The Creditor contends that the amounts itemized in Part 2 below remain unpaid.

  ☐ The Creditor contends that Trustee disbursement(s) totaling _____ have not yet been posted to the account. With the application of those funds, the Debtor(s) will have paid in full the amount required to cure the default on the Creditor's claim.

**Section B: Status of Post-Petition Payment, Fees, Expenses and Charges (Choose ONE in Section B)**

**X** **Post-Petition Payments Paid by Debtor(s)**

  **X** As of 10/13/14, the Creditor agrees that the Debtor(s) is current on all post-petition payments, fees, expenses and charges.

  ☐ As of _____, the Creditor disagrees that the Debtor(s) is current on all post-petition payments, fees, expenses and charges. The Creditor contends that the post-petition payments, fees, expenses and charges itemized in Part 3 below remain unpaid.

☐ **Post-Petition Payments paid by Trustee**

  ☐ As of _____, the Creditor agrees that the Debtor(s) is current on all post-petition payments consistent with Section 1322(b)(5) including all fees, charges, expenses, escrow and costs. Debtor(s) is due post petition for _____.

    ☐ The Creditor contends that Trustee disbursement(s) totaling _____ have not yet been posted to the Account. With the application of those funds, the Debtor(s) will be current with all post petition payments consistent with Section 1322(b)(5) including all fees, charges, expenses, escrow and costs.

  ☐ As of _____, the Creditor disagrees that the Debtor(s) is current on all post-petition payments, fees, expenses and/or charges consistent with Section 1322(b)(5). The Creditor contends that the post-petition payments, fees, expenses and charges itemized in Part 3 below remain unpaid.

## Part 2: Itemization of Claim Amounts not Cured by Debtor(s)

| | Description | | Amount |
|---|---|---|---|
| 1. | **Late charges** | (1) | |
| 2. | **Non-sufficient funds (NSF) fees** | (2) | |
| 3. | **Attorney's fees** | (3) | |
| 4. | **Filing fees and court costs** | (4) | |
| 5. | **Advertisement costs** | (5) | |
| 6. | **Sheriff/auctioneer fees** | (6) | |

| | | |
|---|---|---|
| 7. | **Title costs** | (7) |
| 8. | **Recording fees** | (8) |
| 9. | **Appraisal/broker's price opinion fees** | (9) |
| 10. | **Property inspection fees** | (10) |
| 11. | **Tax advances (non-escrow)** | (11) |
| 12. | **Insurance advances (non-escrow)** | (12) |
| 13. | **Property preservation expenses.** | (13) |
| 14. | **Escrow shortage or deficiency (not included as part of any installment payment listed in line item 15)** | (14) |

15. **Past Due Payments**

   ____ - ____   ____ installments at _____   $0.00
   ____ - ____   ____ installments at _____   $0.00
   ____ - ____   ____ installments at _____   $0.00

   Past due payments prior to _____ in the total amount of  _____
   See attached for breakdown

   **Total payments due ▶**   (15)   $0.00

| | | |
|---|---|---|
| 16. | **Other. Specify:** | (16) |
| 17. | **Other. Specify:** | (17) + |
| 18. | **Unapplied Funds** | (18) ( _____ ) |
| 19. | **Total Claim Amounts not cured by Debtor(s). Add all of the amounts listed above** | (19) $0.00 |

## Part 3: Itemization of Post-Petition Payments, Fees, Expenses and Charges not Cured by Debtor(s)

| **Description** | | **Amount** |
|---|---|---|
| 1. | **Late charges** | (1) |
| 2. | **Non-sufficient funds (NSF) fees** | (2) |
| 3. | **Attorney's fees** | (3) |
| 4. | **Filing fees and court costs** | (4) |
| 5. | **Advertisement costs** | (5) |
| 6. | **Sheriff/auctioneer fees** | (6) |
| 7. | **Title costs** | (7) |
| 8. | **Recording fees** | (8) |
| 9. | **Appraisal/broker's price opinion fees** | (9) |
| 10. | **Property inspection fees** | (10) |
| 11. | **Tax advances (non-escrow)** | (11) |
| 12. | **Insurance advances (non-escrow)** | (12) |
| 13. | **Property preservation expenses.** | (13) |

14. **Past Due Payments**

   **Escrow advance on the account?**

   **X**   No

   ☐   Yes   Escrow advance balance on the account is _____ and will be collected through the escrow portion of the ongoing monthly installments.

   ____ - ____   ____ installments at _____   $0.00
   ____ - ____   ____ installments at _____   $0.00
   ____ - ____   ____ installments at _____   $0.00

   Past due payments prior to _____ in the total amount of  _____

See attached for breakdown

|     |     | **Total payments due** ▶ | (14) | $0.00 |
| --- | --- | --- | --- | --- |
| 15. | **Other. Specify:** | | (15) | |
| 16. | **Other. Specify:** | | (16) + | |
| 17. | **Unapplied Funds** | | (17) | (         ) |
| 18. | **Total post-petition payments, fees, expenses and charges not cured by Debtor(s). Claim Amounts not cured by Debtor(s).** | | (18) | $0.00 |

/s/ Peter C. Bastianen
 Attorney for Creditor
Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A File #14-11-02303

NOTE: This law firm is deemed to be a debt collector.

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois, Eastern Division

### NOTICE OF AMENDED RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE

**TO:** Marilyn O. Marshall, Interim Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604 by electronic notice through ECF

Richard A. Levin, Debtor(s), 4811 W. Strong, Chicago, IL 60630

James L Hardemon, Attorney for Debtor(s), 8527 S Stony Island, Chicago,, IL 60617 by electronic notice through ECF

### PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Amended Notice upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on October 28, 2014 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from before the hour of 5:00 PM on October 28, 2014.

/s/ Peter C. Bastianen
Attorney for Movant

Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-11-02303)**

NOTE: This law firm is deemed to be a debt collector.